196 So.2d 275

Henry MOORE

v.

ST. PAUL FIRE AND MARINE INSUR-
ANCE COMPANY.

No. 48602.

March 27, 1967.

In re: Henry Moore applying for cer-
tiorari, or writ of review, to the Court of
Appeal, Third Circuit, Parish of Cameron.
193 So.2d 882.

Writ granted, limited to the issue of pen-
alties and attorneys fees.

196 So.2d 275

CITY OF HARAHAN

v.

William D. OLSON.

No. 48641.

March 27, 1967.

In re: William D. Olson applying for
writs of certiorari, mandamus and prohibi-
tion.

Writs granted with a stay order.